904 F.2d 696
 Teti (Anthony, Sr., Kathleen, Anthony, Jr., Diane, Douglas),
McCandless (Teri)
v.
U.S. Healthcare, Inc., U.S. Health Care Systems of
Pennsylvania, Inc., d/b/a The Health Maintenance Org. of
PA., U.S. Healthcare/ Pittsburgh, Health Maintenance Org. of
New Jersey, Inc., U.S. Healthcare, Inc. (Delaware), (New
York), (Connecticut), (Massachusetts)
 NO. 90-1026
 United States Court of Appeals,
Third Circuit.
 MAY 23, 1990
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.